IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT MARQUIS RAMEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 15-1461 |
| | : | |
| v. | : | |
| | : | |
| RONALD PHILLIPS (Medical Director) and KELLY MULLAN (Physician Assistant), | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 11th day of October, 2016, after considering the motion for summary judgment filed by the defendant, Ronald Phillips (Medical Director), (Doc. No. 34), the *pro se* plaintiff's response in opposition to the motion for summary judgment (Doc. No. 43), and the various documents attached thereto; accordingly, for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for summary judgment (Doc. No. 34) is **GRANTED**;

2. The plaintiff's claim against the defendant, Kelly Mullan, is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B);

3. Judgment is hereby **ENTERED** in favor of the defendant, Ronald Phillips, and against the plaintiff, Robert Marquis Ramey; and

4. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.